**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 1, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CHIEFTAIN ROYALTY COMPANY, on its behalf and as representative of a class of similarly situated royalty owners,

Plaintiff - Appellee,

v.

SM ENERGY COMPANY, including predecessors, successors and affiliates; ENERVEST ENERGY INSTITUTIONAL FUND XIII-A, L.P.; ENERVEST ENERGY INSTITUTIONAL FUND XIII-WIB, L.P.; ENERVEST ENERGY INSTITUTIONAL FUND XIII-WIC, L.P.; ENERVEST OPERATING, LLC; FOURPOINT ENERGY, LLC,

Defendants – Appellees.

------------------------------

C. BENJAMIN NUTLEY, as personal representative of the Estate of Charles David Nutley,

Objector - Appellant,

and

DANNY GEORGE,

Objector - Appellant.

Nos. 22-6069, 22-6124 & 22-6125
(D.C. No. 5:11-CV-00177-D)
(W.D. Okla.)

---

**JUDGMENT**

---

Before **TYMKOVICH**, **MORITZ**, and **ROSSMAN**, Circuit Judges.

---

These cases originated in the Western District of Oklahoma and were argued by counsel.

The judgment of that court is affirmed in part and vacated in part. The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk